# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Hydra Engineering & Construction, LLC ) ASBCA No. 61546
)
Under Contract No. W91151-16-C-0008 )

APPEARANCES FOR THE APPELLANT: Peter A. Robertson, Esq.
William Douglas Stanford, Jr., Esq.
Thomas J. Tollefsen, Esq.
 The Robertson Firm
 St. Augustine, FL

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
 Army Chief Trial Attorney
Evan C. Williams, Esq.
 Trial Attorney

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: July 2, 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61546, Appeal of Hydra Engineering & Construction, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals